**DISMISS and Opinion Filed September 16, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00966-CV

**MIG TECH SOLUTIONS LLC, MICROINFO INC., MICROINFO IT INC., MICROINFO TECH INC., ADGLOBAL 360 INC., ZODIAN SOLUTIONS INC., AND IMRAN MEMON, INDIVIDUAL,** Appellants
V.
**ORIGIN BANK, A FOREIGN FINANCIAL INSTITUTION,** Appellee

**On Appeal from the 493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-04371-2024**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Miskel

Before the Court is appellants' September 10, 2024 motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a)(1).

240966f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MIG TECH SOLUTIONS LLC, MICROINFO INC., MICROINFO IT INC., MICROINFO TECH INC., ADGLOBAL 360 INC., ZODIAN SOLUTIONS INC., AND IMRAN MEMON, INDIVIDUAL, Appellants

No. 05-24-00966-CV     V.

ORIGIN BANK, A FOREIGN FINANCIAL INSTITUTION, Appellee

On Appeal from the 493rd District Court, Collin County, Texas
Trial Court Cause No. 493-04371-2024.
Opinion delivered by Justice Miskel. Justices Partida-Kipness and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee ORIGIN BANK, A FOREIGN FINANCIAL INSTITUTION recover its costs of this appeal from appellants MIG TECH SOLUTIONS LLC, MICROINFO INC., MICROINFO IT INC., MICROINFO TECH INC., ADGLOBAL 360 INC., ZODIAN SOLUTIONS INC., AND IMRAN MEMON, INDIVIDUAL.

Judgment entered this 16th day of September, 2024.